| | | | | |
|---|---|---|---|---|
| Tidball (Brier), In re .......... | 417CD17 | 05/01/2017 | Wyoming and Sullivan County 2017–242–C.P. | Affirmed |
| Headley v. PBPP .............. | 2553CD15 | 05/02/2017 | Board of Probation & Parole Parole No. 601ER | Affirmed |
| Zokaites Prop, LP v. Butler Twp. UCC BD ................... | 519CD16 | 05/03/2017 | Butler County A.D. No. 10–11114 | Affirmed |
| F.A. Investment Group v. City of Phila. ...................... | 2734CD15 | 05/04/2017 | Philadelphia County August Term, 2015 No. 01087 | Affirmed |
| Sisofo v. SCSC (PennDOT)...... | 1260CD16 | 05/04/2017 | State Civil Service Commission Appeal No. 28764 | Vacated and Remanded |
| Hickey v. UCBR .............. | 1731CD16 | 05/04/2017 | Unemployment Compensation Board of Review B–592174 | Affirmed |
| Monmalt Partners v. ZHB of Monroeville ................. | 1992CD16 | 05/04/2017 | Allegheny County SA–16–000249 | Affirmed |
| Hoffman v. Makhoul .......... | 1674CD16 | 05/05/2017 | Cambria County No. 2014–2820 | Affirmed |
| T.K. v. DHS ................... | 1029CD16 | 05/08/2017 | Bureau of Hearings and Appeals, Department of Human Services 021–15–0217M | Reversed |
| Claritt v. DOC (OOR).......... | 1204CD16 | 05/08/2017 | Office of Open Records AP 2016–1000 | Affirmed |
| County of Northampton v. WCAB (Werkheiser).......... | 1476CD16 | 05/09/2017 | Workers' Compensation Appeal Board A16–0173 | Affirmed |
| Wallace v. UCBR .............. | 1725CD16 | 05/09/2017 | Unemployment Compensation Board of Review B–591747 | Affirmed |
| Alderwoods PA, Inc. v. PUC..... | 693MD16 | 05/10/2017 | Public Utility Commission No. P–2016–2541570 | Dismissed |
| DiCicco v. City of Phila ZHB .... | 2625CD15 | 05/10/2017 | Philadelphia County February Term, 2015 No. 1407 | Affirmed and Reversed |
| Emmett v. SCSC (PLCB) ....... | 63CD16 | 05/10/2017 | State Civil Service Commission Appeal No. 28274 | Quashed |